IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWARD J. SIMMONS, JR.        :
                                    :
     v.                     :    CIVIL NO. CCB-10-1370
                                    :
POOLE & KENT CORP.           :
                        ...o0o...

## **MEMORANDUM**

Now pending is a motion to dismiss filed by defendant Poole & Kent Corp. in this

discrimination case filed by pro se plaintiff Edward J. Simmons, Jr.  Mr. Simmons was laid off in

September 2009 and believes it was retaliation for a complaint he made in July 2009 to the

human resources department at Poole & Kent.

I have carefully examined Mr. Simmons's letter opposition dated August 18, 2010.  The

dispute between job superintendent Bruce Radcliff and Mr. Simmons appears to have originated

in July 2009 over a parking spot on a county road.  According to Mr. Simmons, Mr. Radcliff

then began calling Mr. Simmons's wife on her cell phone and harassing her, including telling her

that Mr. Simmons should not contact the human resources department.  Poole & Kent promised

Mr. Simmons there would be no retaliation for his complaint to human resources, but he was laid

off seven weeks later.

To state a federal claim for employment discrimination, in particular retaliatory

discharge, Mr. Simmons must show that he engaged in protected conduct, which then caused his

layoff.  The conduct he has alleged consists of complaints he made to Poole & Kent about phone

calls to his wife, who is not an employee of Poole & Kent.  Even if the harassment were

considered to be aimed at him indirectly, it resulted from a dispute about parking, not from any

protected status such as race, sex, or religion.  While unfortunate, this will not support a federal

discrimination claim.  *See, e.g., Bonds v. Leavitt*, 647 F. Supp. 2d 541, 567-68 (D. Md. 2009).

Accordingly, the defendant's motion to dismiss will be granted by separate Order.


_____September 14, 2010_____                    _____/s/_____
            Date                                            Catherine C. Blake
                                                            United States District  Judge